**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CARLYLE GROUP, LTD.**, | ) | Case No.  09 B 06311 |
| | ) | |
| Debtor. | ) | Honorable Susan Sonderby |

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) C U D S | (5) AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| ADIVI Corporation 1332 W. Lake St Chicago, IL 60607 | ADIVI Corporation 1332 W. Lake St Chicago, IL 60607 Barry Pollard 312-676-2444 | Trade | U | $2,779.50 |
| American Express PO Box 0001 Los Angeles, CA 90096-0001 | American Express PO Box 0001 Los Angeles, CA 90096-0001 Customer Service 800-492-8468 | Trade | U | $8,961.05 |
| ARKADIN PO Box 684 Buffalo, NY 14240-0684 | ARKADIN PO Box 684 Buffalo, NY 14240-0684 Lance Madynski 212-520-1566 | Trade | U | $387.50 |
| AT&T PO Box 8100 AURORA, IL 60507-8100 | AT&T PO Box 8100 AURORA, IL 60507-8100 Customer Service 888-231-8852 | Trade | U | $881.36 |
| Blue Cross Blue Shield Illinois PO Box 1186 Chicago, IL 60690-1186 | Blue Cross Blue Shield Illinois PO Box 1186 Chicago, IL 60690-1186 Barb Kaufmann 312-653-6000 | Trade | U | $12,684.06 |

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br>NATURE OF CLAIM<br>(trade debt, bank loan, government contract, etc.) | (4)<br>C U D S | (5)<br>AMOUNT OF CLAIM<br>(if secured also state value of security) |
|---|---|---|---|---|
| General Binding Corporation<br>PO Box 71361<br>Chicago, IL 60694-1361 | General Binding Corporation<br>PO Box 71361<br>Chicago, IL 60694-1361<br>Customer Service<br>800-790-7787 | Trade | U | $470.33 |
| Great West<br>PO Box 173764<br>Denver, CO 80217-3764 | Great West<br>PO Box 173764<br>Denver, CO 80217-3764<br>Mark Blacklidge<br>303-737-6682 | Trade | U | $4,721.22 |
| Heartfelt Charity Cards<br>1031 High Street<br>Mundelein IL 60060 | Heartfelt Charity Cards<br>1031 High Street<br>Mundelein IL 60060<br>Pam Spicer<br>847-680-5450 | Trade | U | $935.00 |
| Katten Muchin Rosenman LLP<br>525 W. Monroe St<br>Chicago, IL 60661-3693 | Katten Muchin Rosenman LLP<br>525 W. Monroe St<br>Chicago, IL 60661-3693<br>Dave Shevitz<br>312-902-5257 | Trade | U | $770.00 |
| Leaf Dahl and Company LTD.<br>6160 N. Cicero Ave.<br>Chicago, IL 60646 | Leaf Dahl and Company LTD.<br>6160 N. Cicero Ave.<br>Chicago, IL 60646<br>David Dahl<br>773-545-9090 | Trade | U | $3,050.00 |
| Lexis Nexis<br>P.O. BOX 2314<br>Carol Stream, IL 60132-2314 | Lexis Nexis<br>P.O. BOX 2314<br>Carol Stream, IL 60132-2314<br>Steve Jeffress<br>(312) 502-7716 | Trade | U | $4,800.60 |
| Mainland Properties<br>Cole Taylor Bank<br>625 NMA, LP 85000<br>Chicago, IL 60680-0800 | Mainland Properties<br>Cole Taylor Bank<br>625 NMA, LP 85000<br>Chicago, IL 60680-0800<br>Diane Kerr<br>(312) 284-2100 | Trade | U | $101,602.80 |
| Mitel Leasing<br>PO Box 972629<br>Dallas, TX 75397 | Mitel Leasing<br>PO Box 972629<br>Dallas, TX 75397<br>Customer Service<br>800-776-7647 | Trade | U | $1,274.66 |

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br>NATURE OF CLAIM<br>(trade debt, bank loan, government contract, etc.) | (4)<br>C U D S | (5)<br>AMOUNT OF CLAIM<br>(if secured also state value of security) |
|---|---|---|---|---|
| Mitel Netsolutions<br>PO Box 53230<br>Phoenix, AZ 85072-3230 | Mitel Netsolutions<br>PO Box 53230<br>Phoenix, AZ 85072-3230<br>Customer Service<br>800-821-1661 | Trade | U | $720.64 |
| Much Shelist<br>35335 Eagle Way<br>Chicago, Il 60678-1353 | Much Shelist<br>35335 Eagle Way<br>Chicago, Il 60678-1353<br>Pamela Beyln<br>(312) 521-2000 | Trade | U | $1,270.00 |
| RGN-New Jersey, LLC<br>993 Lenox Drive Suite 200<br>Lawrenceville, NJ 08648 | RGN-New Jersey, LLC<br>993 Lenox Drive Suite 200<br>Lawrenceville, NJ 08648<br>Dawn Stillwell<br>(609) 895-2999 | Trade | U | $7,280.56 |
| Seyfarth Shaw LLP<br>131 S. Dearborn St Suite 2400<br>Chicago, IL 60603-5577 | Seyfarth Shaw LLP<br>131 S. Dearborn St Suite 2400<br>Chicago, IL 60603-5577<br>Gene Jacobs<br>(312) 460-5818 | Trade | U | $7,947.50 |
| SNIP LINK<br>100-A Twinbridge Drive<br>Pennsauken, NJ 08110-4207 | SNIP LINK<br>100-A Twinbridge Drive<br>Pennsauken, NJ 08110-4207<br>Priscilla Hill<br>856-903-1035 | Trade | U | $538.04 |
| The Cluen Corporation<br>7 West 22nd Street, 5th Floor<br>New York, NY 10010 | The Cluen Corporation<br>7 West 22nd Street, 5th Floor<br>New York, NY 10010<br>Aditi Duffield<br>(212) 255-6659 | Trade | U | $2,107.50 |
| Valuescope, Inc.<br>1400 Thetford Ct.<br>Southlake, TX 76092 | Valuescope, Inc.<br>1400 Thetford Ct.<br>Southlake, TX 76092<br>Marty Hanan<br>(817) 481-4900 | Trade | U | $2,550.00 |

# DECLARATION REGARDING
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    I, Max DeZara, Chief Executive Officer of Carlyle Group, LTD., the debtor in this case declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my knowledge, information and belief.

Date:   March 2, 2009
           Chicago, Illinois

                                          By:    /s/ Max DeZara_____
                                                    Max DeZara
                                                    Chief Executive Officer
                                                    Carlyle Group, LTD.