UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | Chapter 7 |
|---|---|---|
|  | ) |  |
|  | ) | Case No. 09 B 06311 |
| CARLYLE GROUP LTD. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| Debtors. | ) | Honorable Susan Pierson Sonderby |

### FINAL REPORT OF CARLYLE GROUP LTD, AS DEBTOR-IN-POSSESSION

Carlyle Group Ltd., (the "Debtor"), hereby submits its Final Report in accordance with Fed. R. Bankr. P. 1019(5)(a)(ii).

1. On February 26, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Court entered an order converting this case to a case under chapter 7 on June 16, 2009. Eugene Crane has been appointed as the interim chapter 7 trustee (the "Trustee") for the Debtor's estate.

2. A summary of the Debtor's Final Report for the period of June 1, 2009 through June 16, 2009 is as follows:

| | | |
|---|---|---|
| a. | BEGINNING BALANCE | $870,976.99 |
| b. | RECEIPTS | $41,666.00 |
| c. | DISBURSEMENTS | $0.00 |
| d. | NET CASH available for Trustee | $912,642.99 |

Attached hereto as Exhibit A are copies of the first page of the Debtor's Monthly Operating Reports from the Petition Date through June 16, 2009.

{6602 RPT A0207416.DOC}

3.  The Debtor has filed a Schedule of Unpaid Debts in accordance with Fed. R. Bankr. P. 1019(5)(a)(i).

4.  The Debtor has turned over all records and property of the estate that the Trustee has requested, in accordance with Fed. R. Bankr. P. 1019(4).

                                    Respectfully submitted,

                                    CARLYLE GROUP LTD.

Dated: July 21, 2009                 By: _____
                                    Max DeZara
                                    Chief Executive Officer

{6602 RPT A0207416.DOC}