Summary of Funds collected re: Carlyle Group

| Name | Preference claim or collection | | | Total |
|---|---|---|---|---|
| **PREFERENCE ACTIONS.** | | | | |
| Lismore | preference claim | | | 5,000.00 |
| Zurich North America (trade company) | preference claim | | | 2,000.00 |
| XO C0mm | Preference Claim | | | 4,700.00 |
| CitiCards | preference claim | | | 4,284.62 |
| American Express | preference claim | | | 23,000.00 |
| Donald Evans | preference claim | | | 53,333.33 |
| O'Callaghan | preference claim | | | 53,333.33 |
| Majczan | preference claim | | | 53,333.33 |
| RGN-New Jersey | preference claim | (check no. 238530 dated 2/27/12) | | 10,000.00 |
| O'Donnell | Preference | | | 15,000.00 |
| Alexander | Preference | | | 2,500.00 |
| Rothchild | Preference | 1006 | 7/16/2012 | 27,500.00 |
| Samantha Whitney | Preference | | | 2,500.00 |
| Max DeZara | Preference | | | 50,000.00 |
| | **Total Collected to Date** | | | **$ 306,484.61** |
| **ACCOUNTS RECEIVABLE** | | | | |
| Enzon Pharmaceuticals, Inc. | A/R | | | 657.30 |
| SRI Surgical | A/R | | | 2,569.13 |



| | | | | |
|---|---|---|---|---|
| IMS HealthCare | A/R | Ccheck No. 556863 | | 26,000.00 |
| Conmed | A/R | Check No. 047931 | 4/2/2012 | 23,639.26 |
| Covance | A/R | 252666 | 5/3/2012 | 80,000.00 |
| Celera | A/R | 116311899 | 5/23/2012 | 10,000.00 |
| MAC Properties | A/R | | | 10,000.00 |
| Insite R.E. | A/R | | | 15,000.00 |
| Total Collected to Date | | | | $ 167,865.69 |