# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-06311 TAB | **Trustee:** (330350)    EUGENE CRANE |
| **Case Name:** CARLYLE GROUP, LTD. | **Filed (f) or Converted (c):** 06/16/09 (c) |
| | **§341(a) Meeting Date:** 07/23/09 |
| **Period Ending:** 03/31/17 | **Claims Bar Date:** 11/12/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | FIfth Third Bank<br>  FIfth Third Bank 346 West Carol Lane MDGOPS11 Elmhurst, IL 60126 | 536,167.00 | 0.00 | | 0.00 | FA |
| 2 | Security Deposit Rent for Princeton Location<br>  Security Deposit Rent for Princeton Location Held with Regus Manageinent Group, LLC 993 Lenox DrIve, Suite 200 Lawrenceville, NJ 08648 | 9,304.80 | 9,304.80 | | 0.00 | FA |
| 3 | Computers, laptops, video conferencing equipment<br>  Computers, laptops, video conferencIng equipment located In Chicago at 625 North Michigan Avenue, Suite 2100 Chicago, IL 60611 and with Life Sciences DivisIon in New Jersey (computers reside with former employees) Original value of $65,039.80 Is based on book value for federal and state taxes - current value unknown | Unknown | 20,000.00 | | 0.00 | FA |
| 4 | Interests in insurance policies  (u)<br>  Blue Cross Blue ShIeld. Health Insurance. no value Guardian Insurance. life, dental, visIon - no value PrincIpal FInancial - Buy/Sell Keyman insurance - no value premium unpaid Zurich Insurance. workman's compensatIon. no value The Hartford. Commercial Liabilty - no value Errors & Omissions Insurance. no value | Unknown | 10.00 | | 0.00 | FA |
| 5 | Interest in Akoya Investments  I LLC<br>  Akoya Investments I LLC Initial investment by Carlyle Group $50,000 current market value unknown | Unknown | 50,000.00 | | 0.00 | FA |
| 6 | Client Receivables Carlyle Group, ltd. | 575,833.00 | 575,833.00 | | 167,865.69 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 09-06311 TAB | Trustee: | (330350) | EUGENE CRANE |
|---|---|---|---|---|
| Case Name: | CARLYLE GROUP, LTD. | Filed (f) or Converted (c): | 06/16/09 (c) | |
| | | §341(a) Meeting Date: | 07/23/09 | |
| Period Ending: | 03/31/17 | Claims Bar Date: | 11/12/09 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 7 | 2008 Carlyle Group tax returns  (u)<br>   2008 Carlyle Group tax returns - Estimate by Trustee of value. | Unknown | 20.00 | | 0.00 | FA |
| 8 | Carlyle Group Intellectual property  (u)<br>   Carlyle Group Intellectual property' used in the normal course of buslness operations IncludIng but not limited to - Encore database, all software, domain name ww.carlylesearch.com, email; no value. | Unknown | 10.00 | | 0.00 | FA |
| 10 | Office Equipment, Furnishings and Supplies<br>   office furniture, chairs, file cabinets, hutches, office interlors, television, artwork .original book value of $24,872 based on federal and state taxes; current value unknown.<br>ORDER ABANDONED ENTERED Jan 13 2010 | Unknown | 5,000.00 | OA | 0.00 | FA |
| 11 | Max DeZara  (u) | 52,978.00 | 52,978.00 | | 50,000.00 | FA |
| 12 | John Rothchild  (u)<br>   Refund due to Carlyle Group re: terms of sign-on bonus | 50,000.00 | 50,000.00 | | 27,500.00 | FA |
| 13 | Licenses, franchises & other gen'l intangibles  (u)<br>   All assets are collateral for Fifth Third Lien.  Trustee estimates this asset has little value. | 0.00 | 10.00 | | 0.00 | FA |
| 14 | Settlement  Peregrine Group on RE Div. assets  (u)<br>   Trustee value is an estimate | Unknown | 19,000.00 | | 18,850.00 | FA |
| 15 | Preference Claims  (u)<br>   The Current Trustee value is an estimate.  Cannot | Unknown | 250,000.00 | | 228,984.63 | FA |

# Form 1

## Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 09-06311 TAB | **Trustee:** (330350) EUGENE CRANE |
| **Case Name:** CARLYLE GROUP, LTD. | **Filed (f) or Converted (c):** 06/16/09 (c) |
| | **§341(a) Meeting Date:** 07/23/09 |
| **Period Ending:** 03/31/17 | **Claims Bar Date:** 11/12/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | predict outcome of preference litigation. | | | | | |
| 16 | Northern Trust Bank Account (u) | Unknown | 2,000.00 | | 2,127.00 | FA |
| 17 | Texas Employment tax refund (u) | Unknown | 140.00 | | 146.10 | FA |
| 18 | Federal tax refund (u) | Unknown | 30.00 | | 28.09 | FA |
| 19 | Sale of Databank IMX (u) | Unknown | 147,800.00 | | 147,891.04 | FA |
| 20 | Tax distributions from sale of Databank IMX (u)<br>Trustee value is an estimate | Unknown | 1,000.00 | | 1,958.00 | FA |
| 21 | Interest in Akoya Capital, LLC (u)<br>Listed in SOFA as a business interest. No income. | Unknown | 1.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 39.70 | FA |
| 21 | **Assets** **Totals** (Excluding unknown values) | **$1,224,282.80** | **$1,183,136.80** | | **$645,390.25** | **$0.00** |

**Major Activities Affecting Case Closing:**

05/10/2017: Two checks outstanding; will call claimants to see if they received their checks (dk)

03/07/2017: Checks cut for fees and wage claims (including tax authorities), filed Forms 941 Employee withholding, with IRS and IDOR. Once checks have cleared will file TDR. (dk)

01/09/2017: TFR filed with Court; hearing on 03/07 (dk)

10/11/2016: TFR sent to UST for review (dk)

07/13/2016: Paid Fifth Third's claim in reduced amount and Ttee/special counsel fees from collateral per Court Order (dk)

06/17/2016: Motion to modify Fifth Third Secured claim and payment of Section 506 fees filed; hearing on July 11th (dk)

03/31/2016: One more preference adversary to settle before case can be closed (dk)

01/12/2015: Four more adversaries, 3 settlement offers pending; one adversary against Max DeZara - status in April per special counsel (dk)

03/31/2014: Special counsel is still pursuing preference claims may collect additional 30K this year, but probably 10K (dk).

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 09-06311 TAB |
| **Case Name:** | CARLYLE GROUP, LTD. |
| **Period Ending:** | 03/31/17 |

| | |
|---|---|
| **Trustee:** | (330350)   EUGENE CRANE |
| **Filed (f) or Converted (c):** | 06/16/09 (c) |
| **§341(a) Meeting Date:** | 07/23/09 |
| **Claims Bar Date:** | 11/12/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

12/31/2013: Preference actions continue.  On 02/28/2014 401K plan will have all funds turned over to participants or held on their behalf by Great West.

01/31/2013: Preference actions continue; more settlements forthcoming (dk)

11/30/11: Retained special counsel (ERISA) to aid with closing of 401K plan.  Preference actions continue

12/30/10: Hired Special counsel to pursue assets.  Need to close 401K plan. (dk)

**Initial Projected Date Of Final Report (TFR):**  December 31, 2010          **Current Projected Date Of Final Report (TFR):**  January 9, 2017  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-06311 TAB
**Case Name:** CARLYLE GROUP, LTD.

**Taxpayer ID #:** **-***7008
**Period Ending:** 03/31/17

**Trustee:** EUGENE CRANE (330350)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****46-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/09/09 | {14} | Ward Feste | Settlement on sale of certain assets pertaining to RE Division<br> Approved by Court Order entered on 11/05/2009 | 1249-000 | 18,750.00 | | 18,750.00 |
| 11/11/09 | {14} | Ward Feste | Balance of settlement of sale of certain assets to Peregrine Group<br> Approved by Court Order entered on 11/05/2009 | 1249-000 | 100.00 | | 18,850.00 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.48 | | 18,850.48 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.79 | | 18,851.27 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.74 | | 18,852.01 |
| 02/08/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2009 FOR CASE #09-06311, Bond #016026455 | 2300-000 | | 20.61 | 18,831.40 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.71 | | 18,832.11 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.84 | | 18,832.95 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.12 | | 18,833.07 |
| 04/06/10 | | Wire out to BNYM account **********4665 | Wire out to BNYM account **********4665 | 9999-000 | -18,833.07 | | 0.00 |

|  |  |  | Subtotals : | | $20.61 | $20.61 | |

Printed: 06/14/2017 02:23 PM    V.13.30

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-06311 TAB |
| **Case Name:** | CARLYLE GROUP, LTD. |
| **Taxpayer ID #:** | **-***7008 |
| **Period Ending:** | 03/31/17 |

| | |
|---|---|
| **Trustee:** | EUGENE CRANE (330350) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****46-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 20.61 | 20.61 | $0.00 |
| | | | Less: Bank Transfers | | -18,833.07 | 0.00 | |
| | | | **Subtotal** | | **18,853.68** | **20.61** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,853.68** | **$20.61** | |

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-06311 TAB | |
| **Case Name:** | CARLYLE GROUP, LTD. | |
| **Taxpayer ID #:** | **-***7008 | |
| **Period Ending:** | 03/31/17 | |

| | |
|---|---|
| **Trustee:** | EUGENE CRANE (330350) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****-******46-65 - Checking Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4665 | Wire in from JPMorgan Chase Bank, N.A. account ********4665 | 9999-000 | 18,833.07 | | 18,833.07 |
| 04/13/10 | {16} | Northern Trust Bank | Liquidation of Northern Trust Bank account | 1229-000 | 2,127.00 | | 20,960.07 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.97 | | 20,961.04 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.24 | | 20,962.28 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.21 | | 20,963.49 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.25 | | 20,964.74 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.24 | | 20,965.98 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,966.15 |
| 10/25/10 | {17} | Texas Comptroller of Public Accounts | Refund of TX employment tax | 1224-000 | 146.10 | | 21,112.25 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,112.42 |
| 11/03/10 | | To Account #**********4666 | Transfer from money market to checking account | 9999-000 | | 4,000.00 | 17,112.42 |
| 11/03/10 | 11002 | McCorkle Court Reporters, Inc. | Fees for Transcription of 341 Meeting | 3991-000 | | 498.00 | 16,614.42 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,614.55 |
| 12/20/10 | {18} | United States Treasury | Tax refund for 03/09 | 1224-000 | 28.09 | | 16,642.64 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 16,642.78 |
| 01/19/11 | {20} | Akoya Investments I LLC | Tax distributions from sale of Databank IMX | 1229-000 | 1,958.00 | | 18,600.78 |
| 01/19/11 | {19} | Akoya Investments I LLC | Proceeds from sale of Databank IMX | 1229-000 | 136,677.98 | | 155,278.76 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.61 | | 155,280.37 |
| 02/18/11 | {6} | SRI Surgical | Accounts Receivable | 1121-000 | 2,569.13 | | 157,849.50 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.58 | | 157,853.08 |
| 03/16/11 | {15} | Lismore International, Inc. | Settlement of preference claim; approved by Court Order on 3/16/2011 | 1241-000 | 5,000.00 | | 162,853.08 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.08 | | 162,857.16 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.01 | | 162,861.17 |

**Subtotals :** $167,359.17 $4,498.00

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-06311 TAB |
| **Case Name:** | CARLYLE GROUP, LTD. |
| **Taxpayer ID #:** | **-***7008 |
| **Period Ending:** | 03/31/17 |

| | |
|---|---|
| **Trustee:** | EUGENE CRANE (330350) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****-******46-65 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.14 | | 162,865.31 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.33 | | 162,866.64 |
| 07/05/11 | {6} | Enzon Pharmaceuticals | Settlement from preference litigation A/R | 1121-000 | 657.30 | | 163,523.94 |
| 07/20/11 | {19} | Akoya Investments I LLC | Balance of proceeds from sale of  Databank | 1229-000 | 4,856.80 | | 168,380.74 |
| 07/26/11 | {15} | Zurich American Insurance Company | Preference settlement per Court Order on 07/13/2011 | 1241-000 | 2,000.00 | | 170,380.74 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.40 | | 170,382.14 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 260.54 | 170,121.60 |
| 08/15/11 | {15} | XO Communications, LLC | Preference settlement approved by Court Order on 07/13/2011 | 1241-000 | 4,700.00 | | 174,821.60 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.46 | | 174,823.06 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 401.07 | 174,421.99 |
| 09/06/11 | {15} | Citi Payment Services | Settlement of preference action with CitiBank per Court Order entered on 07/13/2011 | 1241-000 | 4,284.62 | | 178,706.61 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -11.67 | 178,718.28 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.46 | | 178,719.74 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 365.15 | 178,354.59 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.51 | | 178,356.10 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 354.27 | 178,001.83 |
| 11/28/11 | {15} | American Express Travel Related Services Co. | Preference Settlement from American Express approved by Court Order on 11/1/2011 | 1241-000 | 23,000.00 | | 201,001.83 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.47 | | 201,003.30 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 391.76 | 200,611.54 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.70 | | 200,613.24 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 412.21 | 200,201.03 |
| 01/24/12 | {19} | Akoya Investments I LLC | Final Escrow payment for sale of Databank | 1229-000 | 4,420.78 | | 204,621.81 |

|  |  | Subtotals : | **$43,933.97** | **$2,173.33** |  |
|---|---|---|---|---|---|

{} Asset reference(s)

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 09-06311 TAB | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|
| Case Name: | CARLYLE GROUP, LTD. | Bank Name: | The Bank of New York Mellon |
| | | Account: | ****-******46-65 - Checking Account |
| Taxpayer ID #: | **-***7008 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/31/17 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | IMX | | | | |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.70 | | 204,623.51 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 439.48 | 204,184.03 |
| 02/28/12 | | To Account #**********4666 | Transfer funds to checking account | 9999-000 | | 10,000.00 | 194,184.03 |
| 02/28/12 | | To Account #**********4667 | Transfer funds to money market | 9999-000 | | 190,000.00 | 4,184.03 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 390.79 | 3,793.24 |
| 03/06/12 | {15} | Regus Management Group, LLC | Preference Settlement per Court Order on 02/21/2012 | 1241-000 | 10,000.00 | | 13,793.24 |
| 03/15/12 | {6} | IMS Shared Business Services | Accounts Receivable Settlement per Court Order entered on 03/07/2012 | 1121-000 | 26,000.00 | | 39,793.24 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.34 | 39,744.90 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 78.72 | 39,666.18 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 89.42 | 39,576.76 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 78.39 | 39,498.37 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 86.33 | 39,412.04 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 83.45 | 39,328.59 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 75.21 | 39,253.38 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 88.47 | 39,164.91 |
| 11/19/12 | {15} | Donald Evans | Settlement of fraudulent transfer adversary; approved per Court Order on 10/23/2012 | 1241-000 | 53,333.33 | | 92,498.24 |
| 11/19/12 | {15} | Patricia O'Callaghan | Settlement of fraudulent transfer adversary for William O'Callaghan; approved per Court Order on 10/23/2012 | 1241-000 | 53,333.34 | | 145,831.58 |
| 11/19/12 | {15} | Robert Majczan | Settlement of fraudulent transfer adversary; approved per Court Order on 10/23/2012 | 1241-000 | 53,333.34 | | 199,164.92 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 189.54 | 198,975.38 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 394.14 | 198,581.24 |

Subtotals :   $196,001.71   $202,042.28

{} Asset reference(s)

Printed: 06/14/2017 02:23 PM     V.13.30

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-06311 TAB | |
| **Case Name:** | CARLYLE GROUP, LTD. | |
| **Taxpayer ID #:** | **-***7008 | |
| **Period Ending:** | 03/31/17 | |

| | |
|---|---|
| **Trustee:** | EUGENE CRANE (330350) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****-******46-65 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/03/13 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001033035088<br>20130103 | 9999-000 | | 198,581.24 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 407,294.85 | 407,294.85 | $0.00 |
| Less: Bank Transfers | 18,833.07 | 402,581.24 | |
| **Subtotal** | **388,461.78** | 4,713.61 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$388,461.78** | **$4,713.61** | |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-06311 TAB |
| **Case Name:** | CARLYLE GROUP, LTD. |
| **Taxpayer ID #:** | **-***7008 |
| **Period Ending:** | 03/31/17 |

| | |
|---|---|
| **Trustee:** | EUGENE CRANE (330350) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****-******46-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/10 | | From Account #*********4665 | Transfer from money market to checking account | 9999-000 | 4,000.00 | | 4,000.00 |
| 02/28/11 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #09-06311, ~ Blanket Bond #016026455 | 2300-000 | | ! 16.54 | 3,983.46 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 6.27 | 3,977.19 |
| 08/29/11 | 102 | Max DeZara | Carlyle Group's portion for tax preparation | 3410-000 | | 25.00 | 3,952.19 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,927.19 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,902.19 |
| 10/12/11 | 103 | Orchard Trust Company LLC | Outstanding fees for Carlyle Group 401K plan#384723-01<br>Invoice #668630 | 2990-000 | | 1,480.00 | 2,422.19 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,397.19 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,372.19 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,347.19 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,322.19 |
| 02/28/12 | | From Account #*********4665 | Transfer funds to checking account | 9999-000 | 10,000.00 | | 12,322.19 |
| 02/28/12 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #09-06311, Blanket Bond Premium; Bond #016026455 | 2300-000 | | 164.39 | 12,157.80 |
| 02/28/12 | 105 | Clarity Advisory Group, LLC | Refundable retainer for expert witness services in re preference actions | 3410-000 | | 5,000.00 | 7,157.80 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,132.80 |
| 03/16/12 | 106 | Franczek Radelet | Payment for special counsel fees approved per Court Order on 03/14/2012 | 3210-600 | | 2,613.50 | 4,519.30 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,494.30 |

| | | | Subtotals : | | $14,000.00 | $9,505.70 | |

{ } Asset reference(s)          !-Not printed or not transmitted                                     Printed: 06/14/2017 02:23 PM      V.13.30

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-06311 TAB |
| **Case Name:** | CARLYLE GROUP, LTD. |
| **Taxpayer ID #:** | **-***7008 |
| **Period Ending:** | 03/31/17 |

| | |
|---|---|
| **Trustee:** | EUGENE CRANE (330350) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****-******46-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/05/12 | {6} | Conmed Healthcare Management, Inc. | Settlement on accounts receivable litigation per Court Order entered on 03/07/2012 | 1121-000 | 23,639.26 | | 28,133.56 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.42 | 28,089.14 |
| 05/04/12 | {6} | Covance, Inc. | Settlement on accounts receivable litigation; approved per Court Order on 04/25/2012 | 1121-000 | 80,000.00 | | 108,089.14 |
| 05/25/12 | {6} | Quest Diagnostics | Accounts Receivable recovery on behalf of CELERA CORP. per Court Order entered on 04/25/2012 | 1121-000 | 10,000.00 | | 118,089.14 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 195.83 | 117,893.31 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 233.53 | 117,659.78 |
| 07/12/12 | 107 | Franczek Radelet | Payment of ERISA Attorney Second Interim Fees approved by Court Order on 07/10/2012 | 3210-600 | | 1,753.50 | 115,906.28 |
| 07/17/12 | {12} | John S. Rothschild | Settlement of Complaint; approved by Court Order on 06/19/2012 | 1241-000 | 27,500.00 | | 143,406.28 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 279.92 | 143,126.36 |
| 08/12/12 | 108 | Figliulo & Silverman P.C. | Special Counsel Fees approved by Court Order on  08/07/2012 | 3210-600 | | 55,583.64 | 87,542.72 |
| 08/08/12 | 109 | Figliulo & Silverman P.C. | Special Counsel Expenses approved by Court Order on 08/07/2012 | 3220-610 | | 10,404.47 | 77,138.25 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 208.41 | 76,929.84 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 147.13 | 76,782.71 |
| 10/04/12 | 110 | Clarity Advisory Group LLC | Payment for Services Rendered Jan 30, 2012-April 4,2012 Statement #CGL2012-3 approved per Court Order on 10/02/2012 | 3320-000 | | 14,037.50 | 62,745.21 |
| 10/26/12 | 111 | Franczek Radelet | Payment of ERISA Attorney Third and Fourth Interim Fees; approved by Court Order on 10/23/2012 | 3210-600 | | 3,423.00 | 59,322.21 |

|  |  |  |  | **Subtotals :** | **$141,139.26** | **$86,311.35** |  |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-06311 TAB
**Case Name:** CARLYLE GROUP, LTD.

**Taxpayer ID #:** **-***7008
**Period Ending:** 03/31/17

**Trustee:** EUGENE CRANE (330350)
**Bank Name:** The Bank of New York Mellon
**Account:** ****-******46-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 157.73 | 59,164.48 |
| 11/19/12 | 112 | United States Treasury Department | VCP Fee for Carlyle Group 401(k) Plan EIN 36-3197008 | 2990-000 | | 750.00 | 58,414.48 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 121.23 | 58,293.25 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 116.95 | 58,176.30 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033035088 20130103 | 9999-000 | | 58,176.30 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 155,139.26 | 155,139.26 | $0.00 |
| Less: Bank Transfers | 14,000.00 | 58,176.30 | |
| **Subtotal** | 141,139.26 | 96,962.96 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$141,139.26** | **$96,962.96** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-06311 TAB | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|
| Case Name: | CARLYLE GROUP, LTD. | Bank Name: | The Bank of New York Mellon |
| | | Account: | ****-******46-67 - Checking Account |
| Taxpayer ID #: | **-***7008 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 03/31/17 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/12 | | From Account #**********4665 | Transfer funds to money market | 9999-000 | 190,000.00 | | 190,000.00 |
| 02/29/12 | Int | The Bank of New York Mellon | Interest posting at  0.0000% | 1270-000 | 0.05 | | 190,000.05 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 189,975.05 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 389.29 | 189,585.76 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 375.54 | 189,210.22 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 426.54 | 188,783.68 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 373.95 | 188,409.73 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 411.82 | 187,997.91 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 398.08 | 187,599.83 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 358.79 | 187,241.04 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 422.05 | 186,818.99 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 382.82 | 186,436.17 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 369.30 | 186,066.87 |
| 01/03/13 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001033035088<br>20130103 | 9999-000 | | 186,066.87 | 0.00 |

| | | | | |
|---|---|---|---|---|
| ACCOUNT TOTALS | | 190,000.05 | 190,000.05 | $0.00 |
| Less: Bank Transfers | | 190,000.00 | 186,066.87 | |
| Subtotal | | 0.05 | 3,933.18 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.05 | $3,933.18 | |

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-06311 TAB | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|
| Case Name: | CARLYLE GROUP, LTD. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******6965 - Checking Account |
| Taxpayer ID #: | **-***7008 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/31/17 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 198,581.24 | | 198,581.24 |
| 01/16/13 | 21003 | Franczek Radelet | Special Counsel Fees for August 2012 | 3210-600 | | 442.50 | 198,138.74 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 680.30 | 197,458.44 |
| 02/19/13 | {19} | Max DeZara | Final Distribution of funds from Databank Final Escrow payments | 1229-000 | 1,935.48 | | 199,393.92 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 593.48 | 198,800.44 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 615.47 | 198,184.97 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 678.19 | 197,506.78 |
| 05/01/13 | {15} | Samantha Whitney | Settlement on preference action against Samantha Whitney; approved by Court Order on 03/05/2013 | 1241-000 | 2,500.00 | | 200,006.78 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 659.47 | 199,347.31 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 594.98 | 198,752.33 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 720.42 | 198,031.91 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 657.16 | 197,374.75 |
| 09/12/13 | 21004 | Figliulo & Silverman PC | Special Counsel Fees for the period of 07-11-2012 to 06-30-2013; approved per Court Order on 08/20/2013 | 3210-600 | | 59,166.67 | 138,208.08 |
| 09/12/13 | 21005 | Figliulo & Silverman PC | Special Counsel Expenses for July 11, 2012 - June 30, 2013; approved per Court Order on 08/20/2013 | 3220-610 | | 53.95 | 138,154.13 |
| 06/16/15 | {6} | Lyrical-Antheus Realty Partners LP | Settlement  on Accounts Receivables Mac Property per Court Order entered 06/02/2015 | 1121-000 | 10,000.00 | | 148,154.13 |
| 08/10/15 | {6} | InSite Real Estate LLC | Settlement of Adversary Complaint for Accounts Receivables Court Order 07-28-15 | 1121-000 | 15,000.00 | | 163,154.13 |
| 01/20/16 | {11} | Max DeZara | Settlement for DeZara preference litigation per | 1241-000 | 50,000.00 | | 213,154.13 |

| | | | Subtotals : | | $278,016.72 | $64,862.59 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-06311 TAB |
| **Case Name:** | CARLYLE GROUP, LTD. |
| **Taxpayer ID #:** | **-***7008 |
| **Period Ending:** | 03/31/17 |

| | |
|---|---|
| **Trustee:** | EUGENE CRANE (330350) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******6965 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Court Order Jan 6,2016 | | | | |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 581.04 | 212,573.09 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 630.28 | 211,942.81 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 715.98 | 211,226.83 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 628.12 | 210,598.71 |
| 05/18/16 | {15} | Kristen Alexander | Settlement for preference adversary Crane v. Alexander; approved per Court Order on 05/17/2016 | 1241-000 | 2,500.00 | | 213,098.71 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 628.33 | 212,470.38 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 716.81 | 211,753.57 |
| 07/13/16 | | From Account #******6967 | Transfer from account to checking account xxxx65 to cut checks per Court Order 07/13/2016 | 9999-000 | 169,900.83 | | 381,654.40 |
| 07/13/16 | 21006 | Figliulo & Silverman PC | Payment of Special Counsel Fees from proceeds of Fifth Third Bank's collateral; per Court Order entered 07-13-16 | 3210-600 | | 12,964.57 | 368,689.83 |
| 07/13/16 | 21007 | EUGENE CRANE | Trustee Fees allowed pursuant to Section 506(c) of the US BK Code; Allowed per Court Order 07-13-16 | 2100-000 | | 56,652.39 | 312,037.44 |
| 07/13/16 | 21008 | Fifth Third Bank | Payment of Secured Portion of Claim; Allowed per Court Order entered on 07-13-16 | 4210-000 | | 224,941.40 | 87,096.04 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 582.64 | 86,513.40 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 454.25 | 86,059.15 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 226.53 | 85,832.62 |
| 03/07/17 | | From Account #******6966 | Transfer funds to checking account ending 6965 to make final distribution of dividends and fees | 9999-000 | 71,867.68 | | 157,700.30 |

| | Subtotals : | $244,268.51 | $299,722.34 |
|---|---|---|---|

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-06311 TAB
**Case Name:** CARLYLE GROUP, LTD.

**Taxpayer ID #:** **-***7008
**Period Ending:** 03/31/17

**Trustee:** EUGENE CRANE (330350)
**Bank Name:** Rabobank, N.A.
**Account:** ******6965 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | <br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/07/17 | 21009 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $47,772.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 47,772.00 | 109,928.30 |
| 03/07/17 | 21010 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $11,049.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 11,049.50 | 98,878.80 |
| 03/07/17 | 21011 | Figliulo & Silverman | Dividend paid 100.00% on $156,535.60, Special Counsel for Trustee Fees;  Reference: | 3210-600 | | 28,820.72 | 70,058.08 |
| 03/07/17 | 21012 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $5.50, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 5.50 | 70,052.58 |
| 03/07/17 | 21013 | Figliulo & Silverman | Dividend paid 100.00% on $10,637.37, Special Counsel for Trustee Expenses;  Reference: | 3220-610 | | 178.95 | 69,873.63 |
| 03/07/17 | 21014 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $899.76, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 899.76 | 68,973.87 |
| 03/07/17 | 21015 | Freeborn & Peters LLP | Dividend paid 100.00% on $63,367.17, Attorney for D-I-P Fees (Chapter 11) | 6210-160 | | 63,367.17 | 5,606.70 |
| 03/07/17 | 21016 | Internal Revenue Service | Dividend paid  22.24% on $1,562.91; Filed: $0.00 for FICA -Social Se<br>Voided on 03/07/17 | 5300-004 | | 347.61 | 5,259.09 |
| 03/07/17 | 21016 | Internal Revenue Service | Dividend paid  22.24% on $1,562.91; Filed: $0.00 for FICA -Social Se<br>Voided: check issued on 03/07/17 | 5300-004 | | -347.61 | 5,606.70 |
| 03/07/17 | 21017 | Internal Revenue Service | Dividend paid  22.24% on $365.52; Filed: $0.00 for FICA-Medicare<br>Voided on 03/07/17 | 5300-004 | | 81.30 | 5,525.40 |
| 03/07/17 | 21017 | Internal Revenue Service | Dividend paid  22.24% on $365.52; Filed: $0.00 for FICA-Medicare | 5300-004 | | -81.30 | 5,606.70 |

| | | | | Subtotals : | $0.00 | $152,093.60 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-06311 TAB | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|
| Case Name: | CARLYLE GROUP, LTD. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******6965 - Checking Account |
| Taxpayer ID #: | **-***7008 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 03/31/17 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided: check issued on 03/07/17 | | | | |
| 03/07/17 | 21018 | Internal Revenue Service | Dividend paid  22.24% on $6,302.12; Filed: $0.00 for IRS<br>Voided on 03/07/17 | 5300-004 | | 1,401.68 | 4,205.02 |
| 03/07/17 | 21018 | Internal Revenue Service | Dividend paid  22.24% on $6,302.12; Filed: $0.00 for IRS<br>Voided: check issued on 03/07/17 | 5300-004 | | -1,401.68 | 5,606.70 |
| 03/07/17 | 21019 | Illinois Dept. of Revenue | Dividend paid  22.24% on $945.34; Filed:  for IL Employee Withholding Taxes<br>FEIN 36-3197008; 941 1st quarter 2017 | 5300-000 | | 210.26 | 5,396.44 |
| 03/07/17 | 21020 | JEFFREY D BAKER | Dividend paid  22.24% on $2,392.00; Claim# 3; $532.00 gross<br>Stopped on 05/23/17 | 5300-005 | | 338.36 | 5,058.08 |
| 03/07/17 | 21021 | Charles Sweet | Dividend paid  22.24% on $231.60; Claim# 12; $51.51 gross | 5300-000 | | 32.76 | 5,025.32 |
| 03/07/17 | 21022 | Douglas Suessegger | Dividend paid  22.24% on $3,662.80; Claim# 19; Gross $814.65 | 5300-000 | | 518.12 | 4,507.20 |
| 03/07/17 | 21023 | Jonathan Boba | Dividend paid  22.24% on $5,856.67; Claim# 21; $1,302.60 gross | 5300-000 | | 828.45 | 3,678.75 |
| 03/07/17 | 21024 | Jill Ricci | Dividend paid  22.24% on $2,115.39; Claim# 23P; $470.48 gross | 5300-000 | | 299.23 | 3,379.52 |
| 03/07/17 | 21025 | Kimberly Walker | Dividend paid  22.24% on $10,950.00; Claim# 25; $2,435.46 gross | 5300-000 | | 1,548.93 | 1,830.59 |
| 03/20/17 | 21026 | United States Treasury | FEIN 36-3197008;  Form 941 1st Quarter 2017 | | | 1,830.59 | 0.00 |
| | | | FICA - Medicare              81.30 | 5300-000 | | | 0.00 |
| | | | FICA - Social Security      347.61 | 5300-000 | | | 0.00 |
| | | | IRS Tax Withholding      1,401.68 | 5300-000 | | | 0.00 |

Subtotals :                    $0.00          $5,606.70

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-06311 TAB |
| **Case Name:** | CARLYLE GROUP, LTD. |
| **Taxpayer ID #:** | **-***7008 |
| **Period Ending:** | 03/31/17 |

| | |
|---|---|
| **Trustee:** | EUGENE CRANE (330350) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******6965 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 522,285.23 | 522,285.23 | $0.00 |
| | | | Less: Bank Transfers | | 440,349.75 | 0.00 | |
| | | | **Subtotal** | | **81,935.48** | **522,285.23** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$81,935.48** | **$522,285.23** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-06311 TAB | |
| **Case Name:** | CARLYLE GROUP, LTD. | |
| **Taxpayer ID #:** | **-***7008 | |
| **Period Ending:** | 03/31/17 | |

| | |
|---|---|
| **Trustee:** | EUGENE CRANE (330350) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******6966 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 58,176.30 | | 58,176.30 |
| 02/07/13 | 10113 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #09-06311, Blanket Bond Premium, Bond # 016026455 | 2300-000 | | 386.46 | 57,789.84 |
| 07/02/13 | {15} | Treva Partners LLC (Timothy O'Donnell) | Settlement on preference payment - Timothy O'Donnell; approved by Court Order on 06/04/2013 | 1241-000 | 15,000.00 | | 72,789.84 |
| 02/05/14 | 10114 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2013 FOR CASE #09-06311, Blanket Bond Premium, Bond#016026455 | 2300-000 | | 362.94 | 72,426.90 |
| 02/19/15 | 10115 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #09-06311, Bond # 10BSBGR6291 | 2300-000 | | 272.56 | 72,154.34 |
| 02/09/16 | 10116 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #09-06311, Bond Number 10BSBGR6291 Voided on 02/09/16 | 2300-004 | | 278.73 | 71,875.61 |
| 02/09/16 | 10116 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #09-06311, Bond Number 10BSBGR6291 Voided: check issued on 02/09/16 | 2300-004 | | -278.73 | 72,154.34 |
| 02/09/16 | 10117 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #09-06311, Bond Number 10BSBGR6291 | 2300-000 | | 286.66 | 71,867.68 |
| 03/07/17 | | To Account #******6965 | Transfer funds to checking account ending | 9999-000 | | 71,867.68 | 0.00 |

| | | | Subtotals : | $73,176.30 | $73,176.30 | |
|---|---|---|---|---|---|---|

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-06311 TAB
**Case Name:** CARLYLE GROUP, LTD.

**Taxpayer ID #:** **-***7008
**Period Ending:** 03/31/17

**Trustee:** EUGENE CRANE (330350)
**Bank Name:** Rabobank, N.A.
**Account:** ******6966 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 6965 to make final distribution of dividends and fees | | | | |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | **73,176.30** | **73,176.30** | **$0.00** |
| Less: Bank Transfers | | 58,176.30 | 71,867.68 | |
| **Subtotal** | | **15,000.00** | **1,308.62** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$15,000.00** | **$1,308.62** | |

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-06311 TAB | |
| **Case Name:** | CARLYLE GROUP, LTD. | |
| **Taxpayer ID #:** | **-***7008 | |
| **Period Ending:** | 03/31/17 | |

| | |
|---|---|
| **Trustee:** | EUGENE CRANE (330350) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******6967 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 186,066.87 | | 186,066.87 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 620.15 | 185,446.72 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 627.22 | 184,819.50 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 531.29 | 184,288.21 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 625.35 | 183,662.86 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 586.50 | 183,076.36 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 528.66 | 182,547.70 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 546.60 | 182,001.10 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 602.36 | 181,398.74 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 563.80 | 180,834.94 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 544.22 | 180,290.72 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 618.48 | 179,672.24 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 542.61 | 179,129.63 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 597.91 | 178,531.72 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 578.33 | 177,953.39 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 502.96 | 177,450.43 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 632.56 | 176,817.87 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 557.21 | 176,260.66 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 519.32 | 175,741.34 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 592.45 | 175,148.89 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 554.42 | 174,594.47 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 535.17 | 174,059.30 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 595.46 | 173,463.84 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 585.26 | 172,878.58 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 559.63 | 172,318.95 |

**Subtotals :**    $186,066.87    $13,747.92

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-06311 TAB |
| **Case Name:** | CARLYLE GROUP, LTD. |
| | |
| **Taxpayer ID #:** | **-***7008 |
| **Period Ending:** | 03/31/17 |

| | |
|---|---|
| **Trustee:** | EUGENE CRANE (330350) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******6967 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 625.45 | 171,693.50 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 585.41 | 171,108.09 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 565.08 | 170,543.01 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 642.18 | 169,900.83 |
| 07/13/16 | | To Account #******6965 | Transfer from account to checking account xxxx65 to cut checks per Court Order 07/13/2016 | 9999-000 | | 169,900.83 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 186,066.87 | 186,066.87 | **$0.00** |
| Less: Bank Transfers | 186,066.87 | 169,900.83 | |
| **Subtotal** | 0.00 | 16,166.04 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$16,166.04** | |

| | |
|---|---|
| Net Receipts : | 645,390.25 |
| Net Estate : | $645,390.25 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****46-65** | 18,853.68 | 20.61 | 0.00 |
| **Checking # ****-******46-65** | 388,461.78 | 4,713.61 | 0.00 |
| **Checking # ****-******46-66** | 141,139.26 | 96,962.96 | 0.00 |
| **Checking # ****-******46-67** | 0.05 | 3,933.18 | 0.00 |
| **Checking # ******6965** | 81,935.48 | 522,285.23 | 0.00 |
| **Checking # ******6966** | 15,000.00 | 1,308.62 | 0.00 |
| **Checking # ******6967** | 0.00 | 16,166.04 | 0.00 |
| | **$645,390.25** | **$645,390.25** | **$0.00** |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-06311 TAB
**Case Name:** CARLYLE GROUP, LTD.

**Taxpayer ID #:** **-***7008
**Period Ending:** 03/31/17

**Trustee:** EUGENE CRANE (330350)
**Bank Name:** Rabobank, N.A.
**Account:** ******6967 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|